MARY McGREEVY, as Administratrix, etc., Respondent, *v.* BUFFALO RAILWAY COMPANY, Appellant.

(Argued March 4, 1895; decided March 19, 1895.)

APPEAL from judgment of the General Term of the Superior Court of Buffalo, entered upon an order made July 2, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Porter Norton* for appellant.

*Harry D. Williams* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.